# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

Tyler Dean Cripe )
_____ )  Case Number: 17-745-JPG
_____ )                (Clerk's Office will provide)
*Plaintiff/Petitioner(s)* )
v. ) ☒ **CIVIL RIGHTS COMPLAINT**
 ) pursuant to 42 U.S.C. §1983 (State Prisoner)
Bryan Glidden )
Fayette County Jail ) ☐ **CIVIL RIGHTS COMPLAINT**
_____ ) pursuant to 28 U.S.C. §1331 (Federal Prisoner)
 ) ☐ **CIVIL COMPLAINT**
 ) pursuant to the Federal Tort Claims Act,
*Defendant/Respondent(s)* ) 28 U.S.C. §§1346, 2671-2680, or other law

I. **JURISDICTION**

**Plaintiff:**

A. Plaintiff's mailing address, register number, and present place of confinement.

   221 South Seventh Street Vandalia, IL 62471
   D.O.C # S08730
   Fayette County Jail

**Defendant #1:**

B. Defendant **Bryan Glidden** is employed as
   (a)    (Name of First Defendant)

   **Fayette County Jail Administrator**
   (b)    (Position/Title)

   with **Fayette County Jail**
   (c)    (Employer's Name and Address)

   221 South Seventh Street Vandalia, IL 62471

   At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government?  ☒ Yes  ☐ No

   If your answer is YES, briefly explain:

   Administrator of the Fayette County Jail

(Rev. 7/2010)                                       1

**Defendant #2:**

C. Defendant _Dr. Fatoki and Dr. Elyea and Megan Trone_ is employed as
(Name of Second Defendant)

_Medical Staff_
(Position/Title)

with _Fayette County Jail_
(Employer's Name and Address)

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government? ☒ Yes ☐ No

If you answer is YES, briefly explain:

_They are the acting phsysains and nurse of the Fayette County Jail_

**Additional Defendant(s) (if any):**

D. Using the outline set forth above, identify any additional Defendant(s).

II.  **PREVIOUS LAWSUITS**

    A.  Have you begun any other lawsuits in state or federal court relating to your imprisonment?  ☐ Yes  ☒ No

    B.  If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. <u>Failure to comply with this provision may result in summary denial of your complaint</u>.

        1.  Parties to previous lawsuits:
           Plaintiff(s):

           Defendant(s):

        2.  Court (if federal court, name of the district; if state court, name of the county):

        3.  Docket number:

        4.  Name of Judge to whom case was assigned:

        5.  Type of case (for example: Was it a habeas corpus or civil rights action?):

        6.  Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):

        7.  Approximate date of filing lawsuit:

        8.  Approximate date of disposition:

III. **GRIEVANCE PROCEDURE**

    A.     Is there a prisoner grievance procedure in the institution? ☒ Yes    ☐ No

    B.     Did you present the facts relating to your complaint in the prisoner grievance procedure?    ☐ Yes    ☒ No

    C.     If your answer is YES,
        1.     What steps did you take?

        2.     What was the result?

    D.     If your answer is NO, explain why not.

I spoke with Jail Administrator Bryan Glidden and filled out a request slip to him and nothing was done. I asked for a grievance and never received one

    E.     If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?    ☐ Yes    ☐ No

    F.     If your answer is YES,
        1.     What steps did you take?

        2.     What was the result?

    G.     If your answer is NO, explain why not.

    H.     Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

IV. **STATEMENT OF CLAIM**

    A.   State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments of citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

<u>Complaint (1)</u> - I am a Jewish inmate who has requested to be given my religious Kosher diet and refused. I have receieved this diet in another County jail in 2014-2015 in Effingham, IL. Reasoning for Administrator Bryan Glidden refusing my diet is is because upon booking I was intoxieected and refused to answer booking questions at the time.

<u>Complaint (2)</u> - Medical Procedures upon booking I stated the medications I was on, I was not given anything and told I would see a doctor or nurse within two weeks. I have asthma and mental illnesses. They refuse to give me my albuterol inhaler, which I have been given several times at this county jail and in the Illinios Department of Corrections. I was also taken off medication prescribed by an outside physisian and put on a medication that does not work and I have asked to see the doctor several times and have not. With out the inhaler I cannot work-out and sometimes have trouble breathing in the mornings. I have had a albuterol inhaler since birth. The medication I was put on does not help with my mental illnesses and I have never been told what these medications are for. I am a veteran of the United States Army with PTSD and am not properly being medicated.

<u>Complaint (3)</u> - No access to the law library. We have limited access to legal work. The law books the county have are not updateted they only have up to the 2014 addition. We are not able to look up case law or other legal information needed Most of the books have pages tore out and when we ask a officer to look something up it takes days to get it and most of the time is not right. Upon filing a complaint to staff on July 12 2017 I was taken from my cell and locked in a small library and told the JA was going to speak with me. After two hours the Sheriff opened the door and asked If I had enough library time. I take that as a punishment.

V.  **REQUEST FOR RELIEF**

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the clerk's office.

I would like compensated for pain an suffering, not being able to eat a complete diet, and for the mental and physical stress endured. I would also like for the procedures at the Fayette County Jail to be corrected and enforced so no other detainee has to go through this.

VI.  **JURY DEMAND** (*check one box below*)

The plaintiff ☒ does ☐ does not request a trial by jury.


**DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11**

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: July 19th 2017
(date)

221 South Seventh Street
Street Address

Vandalia, IL 62471
City, State, Zip

_Tyler Dean Cripe_
Signature of Plaintiff

Tyler Dean Cripe
Printed Name

S08730
Prisoner Register Number

_____
Signature of Attorney (if any)

(Rev. 7/2010)                                6

Tyler D. Cripe
221 S. 7th St.
Vandalia, IL 62471

Fayette County Jail
Vandalia, IL

**MAIL CLEARED
US MARSHALS**

(LEGAL MAIL)

Clerk of Court
United States District Court
Southern District of Illinois
P.O. Box 249
East St. Louis, IL 62201

RECEIVED

JUL 24 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

(LEGAL MAIL)