Dear Clerk of Court, 8-24-17

I was wanting to know if I have properly filed everything and if the complaint is served automatically to the defendant or if I have to file any motions for it. If so could you please send me the proper forms and instructions on how to file them.

Thank-You

*Tyler D. Cripe*
Tyler D. Cripe

Regarding Case

Cripe v.s. Glidden
Case No. - 17-745-JPG

RECEIVED [Clerk of Court stamp]

CHAMPAIGN IL 618
28 AUG 2017 PM 1 T

RECEIVED
AUG 31 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

Tyler D. Cripe
221 S. 7th St.
Vandalia, IL 62471

United States District Court
Southern District of Illinois
Clerk of Court
750 Missouri Avenue
East St. Louis, IL 62201

(LEGAL MAIL)

(LEGAL MAIL)

RECEIVED

AUG 3 1 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE