UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TYLER D. CRIPE,

    Plaintiff,

v.

BRIAN GLIDDEN,

    Defendant.

Case No. 3:17-cv-00745-JPG-SCW

## MEMORANDUM AND ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 26) of Magistrate Judge Stephen C. Williams with regard to the defendant's oral motion to dismiss for lack of prosecution (Doc. 24). The Court may accept, reject, or modify—in whole or in part—the findings or recommendations of the magistrate judge in a report and recommendation. FED. R. CIV. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

Here, there is no objection to the Report. The Court has reviewed the entire file and finds that the Report is not clearly erroneous. Accordingly, the Court **ADOPTS** the Report in its entirety (Doc. 26); **GRANTS** the oral motion to dismiss (Doc. 24); **FINDS AS MOOT** the motion for recruitment of counsel (Doc. 4); and **DISMISSES** this matter **WITH PREJUDICE**.

**IT IS SO ORDERED.**

**DATED: APRIL 9, 2018**

                                            *s/ J. Phil Gilbert*
                                            J. PHIL GILBERT
                                            DISTRICT JUDGE