# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

TYLER D. CRIPE,

    Plaintiff,

v.

BRIAN GLIDDEN,

    Defendant.

Case No. 3:17-cv-00745-JPG-SCW

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE**.

DATED: April 9, 2018

    **JUSTINE FLANAGAN,**
    **Acting Clerk of Court**

    **BY:** s/Tina Gray
        **Deputy Clerk**

**Approved:**
**s/ *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**